**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ABIDIAS DE JESUS SANTOS; and MATHEUS DOS SANTOS,<br><br>        Plaintiffs,<br><br>        v.<br><br>MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; TIMOTHY BAPTISTE, Supervisory ICE Officer; PATRICIA HYDE; Field Office Director; DAVID WESLING, Acting Field Office Director for the Boston Field Office in Burlington, Massachusetts; and TODD LYONS, Acting Director of ICE,<br><br>        Defendants. | Civil Action No. 4:26-cv-11590-MRG |

## DEFENDANTS' MOTION TO DISMISS

Defendants, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, move to dismiss Plaintiffs' Complaint. Doc. No. 1. In this Complaint, Plaintiffs seek to prohibit U.S. Immigration and Customs Enforcement ("ICE") from effectuating the issuance of expedited removal orders by asking the Court for review. This action, however, should be dismissed in its entirety.

This Court lacks subject matter jurisdiction because Congress has expressly stripped federal courts of jurisdiction to review any individual determination arising from the effectuation of an expedited removal order. 8 U.S.C. § 1252(a)(2)(A). Even if jurisdiction existed, Plaintiffs fail to state a claim: their parole from custody conferred no lawful status and does not bar ICE from effectuating valid removal orders under 8 U.S.C. § 1225(b)(1)(A)(i), and their receipt of expedited removal orders did not violate the Due Process Clause of the Fifth Amendment, as

Plaintiffs received all procedural protections required by statute, regulation, and the Constitution for applicants for admission. *Shaughnessy v. United States ex rel. Mezei*, 345 U.S. 206, 212 (1953); *Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 140 (2020). A memorandum of law with Defendants' arguments in favor of dismissal follows.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 8, 2026

By:   */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347
Email: mark.sauter@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

I, Mark Sauter, Assistant United States Attorney, hereby certify that Plaintiff's counsel has been consulted regarding this Motion in a good faith attempt to resolve and narrow the issues.

Dated:  May 8, 2026          By:   */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  May 8, 2026          By:   */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney